# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5123**                                    **September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On: April 24, 2026** [2170232]

National Trust for Historic Preservation in
the United States,

       Appellee

   v.

National Park Service, et al.,

       Appellants

------------------------------

Consolidated with 26-5134

## O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals. Appellant in case No. 26-5134 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | May 26, 2026 |
| Statement of Issues to be Raised | May 26, 2026 |

             **FOR THE COURT:**
             Clifton B. Cislak, Clerk

      BY:   /s/
           Francis A. Walter
           Deputy Clerk

The following forms and notices are available on the Court's website:

    Civil Docketing Statement Form