**[ORAL ARGUMENT SCHEDULED FOR JUNE 5, 2026]**

**Nos. 26-5123, 26-5134**

---

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

NATIONAL TRUST FOR HISTORIC PRESERVATION
IN THE UNITED STATES,

Plaintiff-Appellee,

v.

NATIONAL PARK SERVICE, et al.,

Defendants-Appellants.

---

On Appeal from the United States District Court
for the District of Columbia

---

**NONBINDING STATEMENT
OF ISSUES TO BE RAISED ON APPEAL**

---

BRETT A. SHUMATE
  *Assistant Attorney General*

ADAM R.F. GUSTAFSON
  *Principal Deputy Assistant
Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant
  Attorney General*

BRANTLEY T. MAYERS
  *Attorney
  Civil Division, Room 3632
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 890-9874*

Defendants-appellants anticipate raising the following issue:

Whether the district court erred in preliminarily enjoining Defendants from continuing a construction project at the White House, including but not limited to because (1) the National Trust for Historic Preservation in the United States lacks Article III standing; (2) Congress authorized the project twice over; and (3) the balance of the equities and public interest overwhelmingly cut against injunctive relief.

Respectfully submitted,

BRETT A. SHUMATE
  *Assistant Attorney General*

ADAM R.F. GUSTAFSON
  *Principal Deputy Assistant
  Attorney General*

YAAKOV M. ROTH
  *Principal Deputy Assistant
  Attorney General*

  */s/ Brantley T. Mayers*
BRANTLEY T. MAYERS
  *Attorney
  Civil Division, Room 3632
  U.S. Department of Justice
  950 Pennsylvania Avenue NW
  Washington, DC 20530
  (202) 890-9874
  brantley.t.mayers@usdoj.gov*

Dated: May 18, 2026