# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 26-5123**

**September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On: May 19, 2026** [2174090]

National Trust for Historic Preservation in
the United States,

        Appellee

    v.

National Park Service, et al.,

        Appellants

-----------------------------

Consolidated with 26-5134

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for June 5, 2026, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants/Cross-Appellees<br>National Park Service, et al. | - | 15 Minutes |
| Appellee/Cross-Appellant<br>National Trust for Historic Preservation<br>in the United States | - | 15 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Millett, Rao, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 21, 2026.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:   /s/
           Daniel J. Reidy
           Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)