---

**United States Court of Appeals**
for the District of Columbia Circuit

_____

**NATIONAL TRUST FOR HISTORIC PRESERVATION
IN THE UNITED STATES**,
*Plaintiff-Appellee/Cross-Appellant,*

v.
**NATIONAL PARK SERVICE, *et al*.**,
*Defendants-Appellants/Cross-Appellees*.

----------------

On Appeal from the United States District Court for the District of Columbia

**NOTICE OF INTENT TO FILE AMICUS BRIEF AND
REPESENTATION OF CONSENT**

Pursuant to D.C. Circuit Rule 29(b), the following organizations hereby provide notice of their intent to file an *amicus curiae* brief in this case on May 27, 2026, in support of Plaintiff-Appellee/Cross-Appellant National Trust for Historic Preservation in the United States. *Amici curiae* are represented by the undersigned counsel.  Please note that there may be additional organizations who will be listed as signatories to the *amicus* brief when it is filed.

All parties have consented to the filing of the *amicus* brief.

1

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rules 26.1-1and 29(b), each of the following organizations that will be signatories to the *amicus* brief to be filed in support of Appellee in this case, each of which certify that they are non-stock, nonprofit corporations with no parent company. No person or entity owns them or any part of them:

American Institute of Architects
American Society of Landscape Architects
Association for Preservation Technology
Committee of 100 on the Federal City
Cultural Landscape Foundation
DC Preservation League
National Mall Coalition
National Preservation Partners Network
Olmsted Network
Society of Architectural Historians

Respectfully submitted.

/s/_Andrea C. Ferster_____
Andrea C. Ferster
(Counsel of Record)
Law Offices of Andrea C Ferster
DC Bar #384648
68 Beebe Pond Road
Canaan, NY 12029
Phone: 202-669-6311
Email: Andreaferster@gmail.com

Philip Allen Lacovara
(DC Bar #194472)
9101 Southmont Cove
Fort Myers, FL 33908
Phone: 917-412-9766
Email: placovara@gmail.com

Paul W. Edmondson
DC Bar #358440
6921 33rd Street, NW
Washington, DC 20015
Phone: 202-270-3276
Email: paul@preservationlaw.com

## CERTIFICATE OF SERVICE

I, Andrea C. Ferster, hereby certify that on May 21, 2026, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

/s/ Andrea C. Ferster_____
Andrea C. Ferster