# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 26-5134            2. DATE DOCKETED: 04-24-2026

3. CASE NAME (lead parties only) Nat'l Tr. for Hist. Pres. in the U.S. v. Nat'l Park Service

4. TYPE OF CASE:  ☒ District Ct - ⦿ US Civil  ○ Private Civil  ○ Criminal  ○ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ⦿ Yes  ○ No
   If YES, cite statute 28 U.S.C. 1657(a)

6. CASE INFORMATION:
   a. District Court Docket No.            Bankruptcy Court Docket No.            Tax Court Docket No.
      Civil Action 25-4316                 Bankruptcy _____                 Tax _____
      Criminal _____                 Adversary _____
      Miscellaneous _____            Ancillary _____
   b. Review is sought of:
      ☐ Final Order    ☒ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge Richard J. Leon                    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): 02-26-2026    e. Date notice of appeal filed: 04-21-2026
   f. Has any other notice of appeal been filed in this case?  ⦿ Yes  ○ No   If YES, date filed: 04-16-2026
   g. Are any motions currently pending in trial court?  ⦿ Yes  ○ No    If YES, date filed: 04-27-2026
      If YES, identify motion Defs.' Rule 62.1 Mot. for Indicative Ruling Dissolving the Court's Inj., ECF No. 79
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ⦿ Yes  ○ No
      If NO, why not? _____
   i. Has this case been before the Court under another appeal number? ⦿ Yes  Appeal # 26-5101, -5108  ○ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ○ Yes  ⦿ No If YES, give each case's court and case name, and docket number:
      _____
   k. Does this case turn on validity or correct interpretation or application of a statute?    ⦿ Yes  ○ No
      If YES, give popular name and citation of statute 3 U.S.C. 105(d), 54 U.S.C. 100101, 40 U.S.C. 8106

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution?  ○ Yes ⦿ No    If so, provide program name and participation dates
_____

Signature /s/ Matthew F. Casassa            Date 05-26-2026
Name of Party National Trust for Historic Preservation in the United States
Name of Counsel for Appellant/Petitioner Matthew F. Casassa
Address  155 Seaport Boulevard, Boston MA 02210
Phone ( 617 )  832-1000      Fax ( 617 )  832-7000

ATTACH A CERTIFICATE OF SERVICE

Note:  If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.  Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 26, 2026.

*/s/ Matthew F. Casassa*