**ORAL ARGUMENT SCHEDULED FOR JUNE 5, 2026**

Nos. 26-5123, 26-5134

United States Court of Appeals
*for the*
District of Columbia Circuit

_____

NATIONAL TRUST FOR HISTORIC PRESERVATION
IN THE UNITED STATES,
*Plaintiff-Appellee/Cross-Appellant*

v.

NATIONAL PARK SERVICE; JESSICA BOWRON, in her official capacity as
ACTING DIRECTOR, NATIONAL PARK SERVICE; JOHN STANWICH, in his
official capacity as SUPERINTENDENT, THE WHITE HOUSE AND
PRESIDENT'S PARK; DEPARTMENT OF THE INTERIOR; DOUGLAS
BURGUM, in his official capacity as SECRETARY OF THE INTERIOR;
GENERAL SERVICES ADMINISTRATION; MICHAEL J. RIGAS, in his
official capacity as ACTING ADMINISTRATOR, GENERAL SERVICES
ADMINISTRATION; DONALD J. TRUMP, in his official capacity as
PRESIDENT OF THE UNITED STATES; EXECUTIVE OFFICE OF THE
PRESIDENT; SUSIE WILES, in her official capacity as WHITE HOUSE CHIEF
OF STAFF; OFFICE OF THE EXECUTIVE RESIDENCE; and ROBERT B.
DOWNING, in his official capacity as WHITE HOUSE CHIEF USHER,
*Defendants-Appellants/Cross-Appellees*

_____

On Appeal from the United States District Court
for the District of Columbia

_____

**NONBINDING STATEMENT
OF ISSUES TO BE RAISED ON APPEAL**

_____

The National Trust for Historic Preservation in the United States ("National Trust") anticipates raising the following issue in its conditional cross-appeal: Whether the district court erred in denying the National Trust's first preliminary-injunction motion by concluding that under *Dalton v. Specter*, 511 U.S. 462 (1994) and *Global Health Council v. Trump*, 153 F.4th 1 (D.C. Cir. 2025), Defendants could—by disclaiming any supposed constitutional authority upon which the President might have relied to build the ballroom—unilaterally foreclose the National Trust's claim that Defendants had violated the Constitution.

*/s/ Matthew F. Casassa*

Gregory B. Craig (*counsel of record*)
FOLEY HOAG LLP
1717 K Street N.W.
Washington, DC 20006
Tel. (202) 223-1200
gcraig@foleyhoag.com

Thaddeus A. Heuer
Matthew F. Casassa
Kevin Y. Chen
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
theuer@foleyhoag.com
mcasassa@foleyhoag.com
kchen@foleyhoag.com

*Attorneys for National Trust for Historic Preservation in the United States*