# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** National Trust for Historic Preservation

**v.**

National Park Service et al.

**Case No:** 26-5123; 26-5134

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ● Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Trust for Historic Preservation

### Counsel Information

Lead Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email: _____

2nd Counsel:

Direct Phone: (____) _____ Fax: (____) _____ Email: _____

3rd Counsel: Jack C. Smith

Direct Phone: ( 617 ) 832-1119 Fax: ( 617 ) 832-7000 Email: jcsmith@foleyhoag.com

Firm Name: Foley Hoag LLP

Firm Address: 155 Seaport Blvd, Boston, MA 02210

Firm Phone: ( 617 ) 832-1000 Fax: ( 617 ) 832-7000 Email: _____

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)