# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-5123**                    **September Term, 2025**
FILED ON: AUGUST 7, 2026

NATIONAL TRUST FOR HISTORIC PRESERVATION IN THE UNITED STATES,
        APPELLEE

v.

NATIONAL PARK SERVICE, ET AL.,
        APPELLANTS

Consolidated with 26-5134

Appeals from the United States District Court
for the District of Columbia
(No. 1:25-cv-04316)

Before: MILLETT, RAO, and GARCIA, *Circuit Judges*

## J U D G M E N T

These causes came to be heard on the records on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the District Court's judgment issuing the modified preliminary injunction be affirmed, and the administrative stay entered by this court on April 17, 2026, be vacated. It is

**FURTHER ORDERED** that this ruling is hereby stayed for fourteen days to allow the Defendants, if they choose, to seek Supreme Court review. It is

**FURTHER ORDERED** that the conditional cross-appeal, No. 26-5134, be dismissed as moot.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/

Daniel J. Reidy
Deputy Clerk

Date: August 7, 2026

Opinion for the court filed by Circuit Judges Millett and Garcia.
Dissenting opinion filed by Circuit Judge Rao.