# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 26-5123**                                    **September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On:** August 7, 2026

National Trust for Historic Preservation in the
United States,

       Appellee

   v.

National Park Service, et al.,

       Appellants

------------------------------

Consolidated with 26-5134

## **O R D E R**

It is **ORDERED**, on the court's own motion, that the Clerk's Order filed August 7, 2026, be vacated. The Clerk is directed to issue the mandate on August 21, 2026.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

        BY:   /s/
                Daniel J. Reidy
                Deputy Clerk