# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 26-5123** **September Term, 2025**

**1:25-cv-04316-RJL**

**Filed On:** August 21, 2026

National Trust for Historic Preservation in the United States,

Appellee

v.

National Park Service, et al.,

Appellants

------------------------------

Consolidated with 26-5134

**<u>O R D E R</u>**

It is **ORDERED**, on the court's own motion, that issuance of the mandate be stayed pending further order of the court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk