**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NATIONAL TRUST FOR HISTORIC PRESERVATION,<br><br>Plaintiff-Appellee-Cross-Appellant,<br><br>v.<br><br>NATIONAL PARK SERVICE, *et al.*,<br><br>Defendants-Appellants-Cross-Appellees. | No. 26-5123, 26-5134 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned, who previously appeared as counsel for the government, is ending his tenure at the U.S. Department of Justice and will no longer serve as counsel in this matter. The government will continue to be represented by the other attorneys who have entered appearances.

Respectfully submitted,

*/s/ Jacob Moshe Roth*
JACOB MOSHE ROTH

AUGUST 2026

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. All other counsel are filing users who will be served by the Notice of Docket Activity.

*/s/ Jacob Moshe Roth*
JACOB MOSHE ROTH