# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 6, 2026

Clerk
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: National Park Service, et al.
v. National Trust for Historic Preservation in the United States
No. 26-599
(Your No. 26-5123, 26-5134)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 5, 2026 and placed on the docket November 6, 2026 as No. 26-599.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst